**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Kelsie N. Ridge, | ) | Case 1:21-cv-00703-GTS-ATB |
|     *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Andrew T. Baxter |
| Acting Commissioner of | ) | United States Magistrate Judge |
| Social Security | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the ALJ will give Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, further consider whether Plaintiff's self-employment earnings constitute substantial gainful activity, if necessary, obtain supplemental vocational testimony, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Kelsie N. Ridge |
| By Her Attorneys | By Her Attorney |
| Carla B. Freedman, | |
| United States Attorney | |

*Lisa G. Smoller*
Lisa G. Smoller
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700999
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-4279
Lisa.g.smoller@ssa.gov

*/s/ Michael J. Telfer*[1]
Michael J. Telfer
Legal Aid Society of Northeastern New York Inc.
95 Central Avenue
Albany, NY 12206
(518) 533-5933
mtelfer@lasnny.org

IT IS SO ORDERED:

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: ____12/21/2021_____
         Syracuse, NY

---

[1] Signed by Lisa Smoller with Michael Telfer's permission.