United States District Court
Northern District of New York

| | | |
|---|---|---|
| Kelsie N. Ridge | ) | Case No. 1:21-cv-00703-GTS-ATB |
|     *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | |
| Acting Commissioner of the Social | ) | Document Electronically Filed |
| Security Administration | ) | |
|     *Defendant*. | ) | |

**<u>Consent Order for Payment of Fees under the Equal Access to Justice Act</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of eight-thousand, five hundred seventy-one dollars, and seventy-nine cents ($8,571.79).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this __7th__ day of ____January____ , 2022;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $8,571.79, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: January 7, 2022

| | |
|---|---|
| Kilolo Kijakazi, | Kelsie N. Ridge |
| By Her Attorneys | By Her Attorney |
| Carla B. Freedman, United States Attorney | |
| *Lisa G. Smoller*[1] | */s/ Michael J. Telfer* |
| Lisa G. Smoller | Michael J. Telfer |
| Special Assistant United States Attorney | N.D.N.Y. Bar Roll No. 517495 |
| N.D.N.Y. Bar Roll No. 700999 | Legal Aid Society of Northeastern New York |
| Social Security Administration | 95 Central Avenue |
| Office of the General Counsel | Albany, NY 12206 |
| J.F.K. Federal Building, Room 625 | (518) 533-5933 |
| Boston, MA 02203 | mtelfer@lasnny.org |
| (617) 565-4279 | |
| Lisa.g.smoller@ssa.gov | |

---

[1] Signed by Michael Telfer with Lisa Smoller's permission.